UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARNELL MICHAEL MALLOY #726426,

      Plaintiff,

                             File no: 1:21-cv-260

v.

                             HON. ROBERT J. JONKER

EDWARDO RODRIGUEZ, et al.,

      Defendants.

                                  /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 29, 2022 (ECF No. 22).  The Report and Recommendation was duly served on the parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** this matter is **CLOSED**.

The Court discerns no good-faith basis for appeal of this matter.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:   <u>April 21, 2022</u>            /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                                    CHIEF UNITED STATES DISTRICT JUDGE